# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-2853 FMO (RZx) | Date | January 30, 2015 |
|---|---|---|---|
| Title | Ronald W. Grigg v. Gregory O'Brien, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):        Attorney Present for Defendant(s):

None Present                                          None Present

**Proceedings:**    (In Chambers) Order to Show Cause Re: Sanctions

    IT IS ORDERED THAT plaintiff's counsel, Ronald P. Carnevali, shall show cause on **February 12, 2015**, at **10:00 a.m.** in Courtroom 22 of the Spring Street Courthouse why sanctions should not be imposed for failure to comply with the Court's Order of November 17, 2014. Failure to attend the hearing shall result the above-reference action being dismissed for failure to prosecute.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |