JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. GRIGG, | Case No. CV 14-2853 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GREGORY O'BRIEN, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 21st day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge